Kathryn Tassinari
Robert Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

RECV'D'06 JAN 23 15:20USDC-ORE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL L. SMITH,<br><br>  Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>  Defendant. | Civil No. 05-6093-HO<br><br>ORDER FOR PAYMENT OF ATTORNEY'S FEES, LEGAL ASSISTANT FEES, COSTS AND EXPENSES PURSUANT TO EAJA |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding attorney's fees in the amount of $2,553.05, legal assistant fees in the amount of $1,080.00, costs in the amount of $250.00, and expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $3,908.05 as full settlement of any and all claims for attorney fees, legal assistant fees, and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED on this 24th day of Jan., 2006.

_____
U.S. District Judge

PRESENTED BY:

By: /s/ Kathy Tass_____
Kathryn Tassinari, OSB #80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, LEGAL ASSISTANT FEES, COSTS & EXPENSES PURSUANT TO EAJA